Dismissed and Memorandum Opinion filed November 6, 2008








Dismissed
and Memorandum Opinion filed November 6, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00252-CV

____________

 

MICHAEL SCOTT, Appellant

 

V.

 

FORT BEND COUNTY, AND FORT BEND COUNTY DISTRICT CLERK
GLORY HOPKINS; IN HER PERSONAL AND 

OFFICIAL CAPACITIES, Appellees

 



 

On Appeal from the
240th District Court

Fort Bend County,
Texas

Trial Court Cause
No. 05-CV-146,818

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 20, 2007.  On October 10, 2008,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 6, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson and Frost.